






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-99-00483-CR







Fernando Fernandez, Appellant



v.



The State of Texas, Appellee






FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY


NO. 518626, HONORABLE DONALD HUMBLE, JUDGE PRESIDING






PER CURIAM

Appellant's motion to dismiss this appeal is granted.  See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.


Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed:   October 7, 1999

Do Not Publish


